# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED APRIL 25, 2024

---

### NO. 03-24-00068-CV

---

**T. C. and X. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the order signed by the trial court on January 25, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.